# United States Court of Appeals for the Federal Circuit

---

June 20, 2012
**ERRATA**

---

2011-1537

**DOGLEG RIGHT PARTNERS, LP AND
DOGLEG RIGHT CORPORATION,**
*Plaintiffs-Appellants,*

**v.**

**TAYLORMADE GOLF COMPANY, INC.,**
*Defendant-Appellee.*

---

Decided June 19, 2012
Nonprecedential

---

Please make the following change:

Page 1, correction of
Appeal from the United States District Court for the Western District of Texas in Case No. 09-CV-0544, Judge Sam Sparks.   To "Appeal from the United States District Court for the Eastern District of Texas in Case No. 09-CV-0544, Magistrate Judge Charles Everingham".